IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NARANJIO, | No. C 08-04769 CW (PR) |
| Petitioner, | ORDER REGARDING IN FORMA PAUPERIS MOTION |
| v. | |
| B. CURRY, Warden, et al., | |
| Respondents. / | |

Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same date, the Clerk of the Court sent Petitioner a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Petitioner filed an IFP application and filed a copy of his Certificate of Funds but did not file his six-month prisoner trust account statement.

The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or submitted a complete IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor). If the petitioner is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id.

§ 1915(a)(1), (2).  If the Court determines that the petitioner is unable to pay the full filing fee at the time of filing, the petitioner will be granted leave to proceed IFP.

    Therefore, before the Court will proceed to review the complaint Petitioner is hereby ORDERED to file his six-month prisoner trust account statement.  He shall include with this document a clear indication that it is for the above-referenced case number, C 08-04769 CW (PR). Petitioner shall do so within <u>thirty (30) days</u> of the date of this Order.

    <u>Failure to file a copy of Petitioner's six-month prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.</u>

    IT IS SO ORDERED.

DATED:    2/5/09

                                     CLAUDIA WILKEN
                                     United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE NARANJIO,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.

Case Number: CV08-04769 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Naranjio E-45614
CTF-Central Soledad State Prison
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 5, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk